G. Thomas Martin, III (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
Direct Dial: (818) 907-2030
Fax: (818) 205-3730
tom@plglawfirm.com
Attorneys for Plaintiff,
MONIQUE QUILLEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE QUILLEN,<br><br>Plaintiff,<br><br>vs.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 3:13-cv-01146-LB<br><br>**VOLUNTARY DISMISSAL** |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FRCP 41a(1), Plaintiff, MONIQUE QUILLEN, by and through her attorneys, PRICE LAW GROUP APC, hereby voluntarily dismisses the above-entitled case with prejudice.

RESPECTFULLY SUBMITTED,

DATED:
May 8, 2013

**PRICE LAW GROUP APC**
By: /s/ G. Thomas Martin, III
G. Thomas Martin, III
Attorney for Plaintiff

- 1 -

Voluntary Dismissal